**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMONICA C. CORNELL,<br>*Plaintiff*,<br>v.<br>UNITED STATES POSTAL SERVICE et al.,<br>*Defendants*. | Civil Action No. 26-1726 (TJK) |

**MEMORANDUM**

Plaintiff, proceeding pro se, filed this suit against Defendants earlier this year. After the Court refused to appoint counsel for her, Plaintiff consented to receive notices of electronic filing via email. *See* ECF No. 9. Thus, she waived her right to receive service of documents by mail. *See id.* Defendants then moved to dismiss. *See* ECF No. 12. Two days later, the Court ordered Plaintiff to respond to Defendants' motion by October 19, 2026, and warned her that if she failed to do so, "the Court may treat it as conceded and, if circumstances warrant, dismiss the case." ECF No. 13 at 1–2; *see* Local Civil Rule 7(b). More than a month later, Plaintiff has not complied with the Court's order. She still has not opposed Defendants' motion to dismiss or otherwise taken any steps to prosecute her case. As a result, the Court will dismiss the case for want of prosecution.

The Federal Rules of Civil Procedure permit the Court dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *see Kim v. Doe*, No. CV 24-3266 (RDM), 2025 WL 708132, at *1 (D.D.C. Mar. 5, 2025). The Court may do so sua sponte. Local Civil Rule 83.23. Although dismissal is a harsh sanction, Plaintiff has not fulfilled her responsibility to respond to Defendants' motion and has not complied with the Court's order to remedy that failure, so dismissal is justified "in the interest of justice." *Bristol Petroleum*

*Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990). The dismissal will be without prejudice. *See Strickland v. PHH Mortg.*, No. CV 24-1015 (RDM), 2024 WL 3225982, at *1 (D.D.C. June 28, 2024).

For all these reasons, the Court will dismiss the case without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Court will therefore deny Defendants' motion to dismiss as moot. A separate order will issue.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 24, 2026